IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| TERRI LEE NICHOLS, on behalf of herself and others similarly situated, | Case No. 9:22-cv-80816-AMC |
| Plaintiff, | |
| v. | |
| TOBIAS & ASSOCIATES INC. d/b/a GETMEHEALTHCARE, | |
| Defendant. | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Terri Lee Nichols and Defendant Tobias & Associates Inc. d/b/a GetMeHealthcare hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal

Dated: July 25, 2022

Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorneys for Plaintiff and the putative class*

LEWIS BRISBOIS BISGAARD & SMITH LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Tel: (954) 728-1280

By: *s/Ishmael A. Green*
Ishmael A. Green
Florida Bar No. 109100
ishmael.green@lewisbrisbois.com
jeffrey.kass@lewisbrisbois.com
linda.yun@lewisbrisbois.com
kathleen.daily@lewisbrisbois.com
ftlemaildesig@lewisbrisbois.com
*Attorneys for Defendant*