**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

TERRI LEE NICHOLS, on behalf of herself       :
and others similarly situated,                :       Case No. 9:22-cv-80816-AMC
                                              :
      Plaintiff,                            :
                                              :
v.                                            :
                                              :
TOBIAS & ASSOCIATES INC. d/b/a               :
GETMEHEALTHCARE,                              :
                                              :
      Defendant.                            :
_____/

## <u>JOINT STIPULATION OF DISMISSAL</u>

      Plaintiff Terri Lee Nichols and Defendant Tobias & Associates Inc. d/b/a GetMeHealthcare, hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: August 25, 2022        Respectfully submitted,

                              */s/ Avi R. Kaufman*
                              Avi R. Kaufman (FL Bar no. 84382)
                              kaufman@kaufmanpa.com
                              Rachel E. Kaufman (FL Bar no. 87406)
                              rachel@kaufmanpa.com
                              KAUFMAN P.A.
                              237 S. Dixie Hwy, 4th Floor
                              Coral Gables, FL 33133
                              Telephone: (305) 469-5881
                              *Attorneys for Plaintiff and the putative class*

                              LEWIS BRISBOIS BISGAARD & SMITH LLP
                              110 SE 6th Street, Suite 2600
                              Fort Lauderdale, FL 33301
                              Tel: (954) 728-1280

                              By: *s/Ishmael A. Green*

Ishmael A. Green
Florida Bar No. 109100
ishmael.green@lewisbrisbois.com
jeffrey.kass@lewisbrisbois.com
linda.yun@lewisbrisbois.com
kathleen.daily@lewisbrisbois.com
ftlemaildesig@lewisbrisbois.com
*Attorneys for Defendant*